IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | |
|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| CITY OF BETTENDORF, | ) ) |
| Defendants. | ) |

Case No. _____

## ROUTINE PETITION TO APPOINT CO-SPECIAL ADMINISTRATORS

Petitioners, MICHELE CASTANEDA and MANUEL CASTANEDA, move this Honorable Court to appoint them as Co- Special Administrators of the ESTATE OF ANTHONY CASTANEDA, deceased, pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/2.1. In support thereof, Petitioner states as follows.

1. We are the mother and father of Anthony Castaneda who died on May 26, 2022 in Rock Island County, Illinois.

2. I, Manuel Castaneda, am a resident and citizen of the State of Illinois. I reside at 1108 Westmont Drive, Durand, IL 61024.

3. I, Michele Castenda, am a resident and citizen of the State of Illinois. I reside at 4121 10th Avenue, Moline, IL 61265.

3. At the time of Anthony Castaneda's death, he was survived by ourselves and two half-siblings:

| | |
|---|---|
| Manuel Castaneda | Father |
| Michele Castaneda | Mother |
| Nicholas Castaneda | Adult Half-Brother |
| Beverly Jacobs | Adult Half-Sister |

4. An Affidavit of Heirship is attached hereto as Exhibit A, and an Appearance Waiver and Consent signed on behalf of all heirs is attached hereto as Exhibit B.

5.  The sole asset of Anthony Castaneda's Estate is a cause of action for Wrongful Death.

6.  No petition for Letters of Office has been filed.

7.  All heirs and/legates have been given due notice.

8.  Petitioners are qualified under 740 ILCS 180/2.1 to be appointed as special administrators foe the purpose of prosecuting a cause of action for wrongful death on behalf of the Estate of Anthony Castaneda.

WHEREFORE, Petitioners, Michele Castaneda and Manuel Castaneda, request that this Honorable Court appoint them as Co- Special Administrators of the Estate of their son, Anthony Castaneda, pursuant to 740 ILCS 180/2.1.

Respectfully submitted,

*Michele Castaneda* (signature)
Michele Castaneda

Subscribed and Sworn to before me this 3 day of June 2022.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/25/2026

*Manuel Castaneda* (signature)
Manuel Castaneda

Subscribed and Sworn to before me this 3 day of June 2022.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/25/2026

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/2/...

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF...
MY COMMISSION EXPIRES...

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilmac.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | |
|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BETTENDORF,<br><br>Defendants. | Case No. _____ |

## AFFIDAVIT OF HEIRSHIP

Michele Castaneda and Manuel Castaneda, being first duly sworn on oath, state:

1. I, Manuel Castaneda, am of legal age and reside at 1108 Westmont Drive, Durand, IL 61024.

2. I, Manuel Castaneda, am the father of Anthony Castaneda, deceased.

3. I, Michele Casteneda, am of legal age and reside at 4121 10th Avenue, Moline, IL 61265.

4. I, Michele Castaneda, am the mother of Anthony Castaneda, deceased.

5. Anthony Castaneda was born on July 12, 2003.

6. Anthony Castaneda died in Rock Island County, Illinois on May 26, 2022.

7. Anthony Castaneda was not and never had been married.

8. Anthony Castaneda had no children.

9. Anthony Castaneda had two adult half-siblings:

   Nicholas Castaneda    dob: 1/25/1991
   Beverly Jacobs        dob: 4/13/1992



EXHIBIT A

10. Anthony Castaneda left surviving him:

| | |
|---|---|
| Manuel Castaneda | Father |
| Michele Castaneda | Mother |
| Nicholas Castaneda | Adult Half-Brother |
| Beverly Jacobs | Adult Half-Sister |

Further Affiant sayeth not.

_____
Michele Castaneda

Subscribed and Sworn to before me
this 3 day of June 2022.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/25/2026

_____
Manuel Castaneda

Subscribed and Sworn to before me
this 3 day of June 2022.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PRESILA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/25/2026

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilmac.com

OFFICIAL SEAL
PRESILLA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/25/2026

OFFICIAL SEAL
PRESILLA BADILLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/25/2026

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | |
|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BETTENDORF,<br><br>    Defendants. | Case No. _____ |

## APPEARANCE, WAIVER AND CONSENT

Michele Castaneda, mother of Anthony Castaneda, deceased, hereby appears, waives notice and consents to the immediate appointment of myself and Manuel Castaneda as Co-Special Administrators of the Estate of my son, Anthony Castaneda, deceased, pursuant to 740 ILCS 180/2.1.

                        _/s/ Michele Castaneda_
                        Michele Castaneda

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilmac.com


EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | | |
|---|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased | ) ) ) ) ) | Case No. _____ |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CITY OF BETTENDORF, | ) ) | |
| Defendants. | ) | |

## APPEARANCE, WAIVER AND CONSENT

Manuel Castaneda, father of Anthony Castaneda, deceased, hereby appears, waives notice and consents to the immediate appointment of myself and Michele Castaneda as Co-Special Administrators of the Estate of my son, Anthony Castaneda, deceased, pursuant to 740 ILCS 180/2.1.

_____
Manuel Castaneda

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilmac.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | |
|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BETTENDORF,<br><br>Defendants. | Case No. _____ |

## APPEARANCE, WAIVER AND CONSENT

Nicholas Castaneda, brother of Anthony Castaneda, deceased, hereby appears, waives notice and consents to the immediate appointment of Michele and Manual Castaneda as Co-Special Administrators of the Estate of my brother, Anthony Castaneda, deceased, pursuant to 740 ILCS 180/2.1.

_____
Nicholas Castaneda

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilma.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS- WESTERN DIVISION

| | |
|---|---|
| MICHELE CASTANEDA AND MANUEL CASTANEDA, Individually, and as Co- Special Administrators of the Estate of ANTHONY CASTANEDA, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BETTENDORF,<br><br>Defendants. | Case No. _____ |

## APPEARANCE, WAIVER AND CONSENT

Beverly Jacobs, sister of Anthony Castaneda, deceased, hereby appears, waives notice and consents to the immediate appointment of Michele and Manuel Castaneda as Co-Special Administrators of the Estate of my brother, Anthony Castaneda, deceased, pursuant to 740 ILCS 180/2.1.

*[signature]*
Beverly Jacobs

Devon C. Bruce
**Power Rogers, LLP**
70 West Madison, Suite 5500
Chicago, IL 60602
Telephone: 312-236-9381
E-Mail: dbruce@powerrogers.com

John Holevas
Marc Gravino
WilliamsMcCarthy, LLP
120 West State Street
Rockford, IL 61105
Tel: 815/987-8900
jholevas@wilmac.com