## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| Michele Castaneda and Manuel Castaneda, Individually, and as Co-Special Administrators of the Estate of Anthony Castaneda, Deceased, | Case No.: 22-cv-04101-SLD-JEH |
| | Honorable Sara Darrow |
| Plaintiffs, | Magistrate Judge Jonathan E. Hawley |
| v. | |
| City of Bettendorf and WHKS & Co., Inc., | |
| Defendants. | |
| _____ | |
| City of Bettendorf, | |
| Third-Party Plaintiff, | |
| v. | |
| Chhabria A. Harris and Alfred Benesch & Company, | |
| Third-Party Defendants. | |
| _____ | |
| Alfred Benesch & Company, | |
| Third-Party Plaintiff, | |
| v. | |
| WHKS & Co., Inc., | |
| Third-Party Defendant. | |

### WHKS & CO.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT

On June 20, 2023, WHKS & Co. moved to dismiss the Amended Complaint, arguing that the Complaint's allegations fail establish that this Court has personal jurisdiction. *See* ECF Nos. 60, 60-1. Plaintiffs Michele and Manuel Castaneda responded on July 5. *See* ECF No. 63. Although they appears to concede that the Court lacks general jurisdiction, he claims it has specific jurisdiction. *See, e.g., id*. at 4. In support of that argument, they have submitted six exhibits. *See* ECF Nos. 63-2, 63-3, 63-4, 63-5, 63-6, 63-7. To help the Court to dispose of WHKS & Co.'s motion and for a complete presentation of the issues, the Court should grant WHKS & Co. leave to file a reply.

### STANDARDS

Under Civil Local Rule 7.1(B)(3), for all motions not for summary judgment, "[n]o reply is permitted without leave of Court." "'Typically, reply briefs are permitted if the party opposing a motion has introduced new and unexpected issues in his response to the motion, and the Court finds that a reply from the moving party would be helpful to its disposition of the motion.'" *Huston v. Conagra Brands, Inc.*, No. 421CV04147SLDJEH, 2022 WL 4647251, at *2 (C.D. Ill. Sept. 30, 2022) (citation omitted). "A court may also permit a reply 'in the interest of completeness.'" *Id*. (citation

2

omitted). Under those standards, the Court should grant WHKS & Co. leave to file a reply.

## ARGUMENT

The Court should allow WHKS & Co. leave to file a reply. In responding to WHKS & Co.'s motion, the Castandas submitted six exhibits that purportedly support this Court's exercise of specific-personal jurisdiction over WHKS & Co. *See* ECF Nos. 63-2, 63-3, 63-4, 63-5, 63-6, 63-7. Because the Court may consider materials outside the pleadings, *see Purdue Rsch. Found. v. Sanofi-Synthelabo, S.A.*, 338 F.3d 773, 783 (7th Cir. 2003), WHKS & Co.'s reply to the legal arguments those materials purportedly support is necessary to help the Court to dispose of WHKS & Co.'s motion and for a complete presentation of the issues. This Court has consistently granted leave to file reply briefs in support of motions challenging personal jurisdiction. *See Yash Venture Holdings, LLC v. Moca Fin. Inc.*, No. 419CV04176SLDJEH, 2020 WL 7345655, at *3 (C.D. Ill. Dec. 14, 2020) (granting leave to file reply in support of motion to dismiss for lack of personal jurisdiction); *Bradford Victor-Adams Mut. Ins. Co. v. Electrolux Home Prod., Inc.*, No. 418CV04167SLDJEH, 2019 WL 3604594, at *1 (C.D. Ill. Aug. 6, 2019) (same). It should do the same here.

## CONCLUSION

For these reasons, the Court should grant WHKS & Co.'s leave to file reply in support of its motion to dismiss.

November 1, 2023

Respectfully submitted,

/s/*Brandon R. Underwood*
Brandon R. Underwood
bunderwood@fredlaw.com
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
(515) 242-8900

Attorneys for Defendant WHKS & Co., Inc.

## CERTIFICATE OF COMPLIANCE

I hereby certify that I prepared this Memorandum of Law using Microsoft Word and that this Memorandum contains 643 words, which is compliant with Civil LR 7.1(B)(4)(b)(1).

/s/*Brandon R. Underwood*